```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

William Crigler,                  :

       Plaintiff,            :

   v.                          : Case No. 2:15-CV-2324

Stingray Pressure Pumping,        : CHIEF JUDGE EDMUND A. SARGUS, JR.
LLC,                                Magistrate Judge Kemp
       Defendant.            :

## ORDER

Based on discussions had with counsel during telephone status conference conducted on January 28, 2016, the Court vacates all existing deadlines and stays this case pending further order. The Clerk shall renotice the status conference now set for March 1, 2016, to March 31, 2016, at 10:00 a.m.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge