AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**WILLIAM CRIGLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,**

    **Plaintiff,**

**v.**

**STINGRAY PRESSURE PUMPING LLC,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:15-cv-2324**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE CHELSEY VASCURA**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Final Approval Order, filed August 11, 2017, JUDGMENT is hereby entered DISMISSING this action.**

Date:   August 14, 2017            RICHARD W. NAGEL, CLERK

                                                  */S/ Melissa Saddler*
                                                  (By) Melissa Saddler
                                                  Clerk